## Hackenberg Adoption.

Argued April 17, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Leonard R. Apfelbaum,* for appellant.

*Harvey P. Murray, Jr.,* submitted a brief, for appellee.

OPINION PER CURIAM, May 25, 1972:
Order affirmed. Appellant to pay costs.